AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DOROTHEA JOAN JOLING,
                Plaintiff,

                                                         JUDGMENT IN A CIVIL CASE

                v.

UNITED STATES OF AMERICA, aka, UNITED STATES INTERNAL REVENUE SERVICE, STERLING SAVINGS BANK, a subsidiary of STERLING FINANCIAL CORPORATION, and VICKIE SCHNEIDER,     Defendants.

CASE NUMBER: CV-06-137-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Ct. Rec. 6) is GRANTED, pursuant to the Order Granting Motion to Dismiss (Ct Rec 20).

| | |
|---|---|
| January 12, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |